# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1189
Lower Tribunal No. 18-20478
_____

**Marie F. Cazy,**
Appellant,

vs.

**Publix Supermarkets, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Marie G. Vital, for appellant.

McGuinness & Cicero, and Levi Gardner (Sunrise), for appellee Publix Supermarkets, Inc.

Before EMAS, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.